Strafford, }
Dec. 6, 1938. }

GERTRUDE D. WALLACE, *Ex'x v.* MARION BROWN *& a.*

*Dwight Hall,* for the petitioner, furnished no brief.

*Per Curiam.* The executrix is entitled to no advice as to the estates and powers intended to be vested in the devisees and legatees of the residue. *Bailey* v. *McIntire,* 71 N. H. 329; *Harvey* v. *Harvey,* 73 N. H. 106. Nor is the widow, in her capacity as non-fiduciary beneficiary. *Glover* v. *Baker,* 76 N. H. 393; *Ross* v. *Church,* 77 N. H. 592; *Adams* v. *Wright Hospital,* 82 N. H. 260; *Owen* v. *Busiel,* 83 N. H. 345, 347; *Keene* v. *District, ante,* 477. No adverse claim appears to have been made, so this is not a proper case for amendment into a petition for a declaratory judgment. Laws 1929, *c.* 86.

*Petition dismissed.*

BRANCH, J., was absent.